PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)



JAN 11 2024

CLERK, U.S. DISTRICT COURT
TEXAS EASTERN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

MARION LEROY JONES, #1835071

Plaintiff's Name and ID Number

TDCJ-CID, SMITH UNIT, LAMESA, TX

Place of Confinement

JURY TRIAL DEMANDED

CASE NO. 624CV10
(Clerk will assign the number)

v.

Officer I. Benton
703 Airport Rd.
Winnsboro, TX 75494

Defendant's Name and Address

Major Lofton
703 Airport Rd.
Winnsboro, TX 75494

Defendant's Name and Address

Unknown Female Captain
703 Airport Rd.
Winnsboro, TX 75494

Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be _legibly_ handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

4) Warden Larue
   703 Airport Rd.
   Winnsboro, TX 75494

5) Parole Counselor McFarland
   703 Airport Rd.
   Winnsboro, TX 75494

6) Unknown Officer Stone
   703 Airport Rd.
   Winnsboro, TX 75494

7) One Unknown Female Nurse
   703 Airport Rd.
   Winnsboro, TX 75494

8) One Unknown Officer

9) Property Officer Wilkins
   703 Airport Rd.
   Winnsboro, TX 75494

10) One Unknown Food Service Officer, Food Service, Johnston Unit, 703 Airport Rd., Winnsboro, TX 75494

1(a)

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES _X_ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: _____

        2. Parties to previous lawsuit:
        Plaintiff(s) _____
        Defendant(s) _____

        3. Court: (If federal, name the district; if state, name the county.) _____

        4. Cause number: _____

        5. Name of judge to whom case was assigned: _____

        6. Disposition: (Was the case dismissed, appealed, still pending?) _____

        7. Approximate date of disposition: _____

Rev. 05/15

II.  PLACE OF PRESENT CONFINEMENT: Preston Smith Unit, Lamesa, TX 79331

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   X YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Marion Leroy Jones, #1835071, Smith Unit, 1313 CR 19, Lamesa, TX 79331

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Officer I. Benton, Correctional Officer, Johnston Unit, 703 Airport Rd., Winnsboro, TX 75494

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Excessive Use of Force, Assault, Cruel/Unusual Punishment;

Defendant #2: Major Lofton, Correctional Major, Johnston Unit, 703 Airport Rd., Winnsboro, TX 75494

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Denial of Due Process, Cruel/Unusual Punishment

Defendant #3: Unknown Female Captain, Correctional Captain, 703 Airport Rd., Winnsboro, TX 75494 (Johnston Unit)

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Cruel/Unusual Punishment, Deliberate Indifference to Serias Medical Needs

Defendant #4: Warden Larue, Correctional Warden, Johston Unit, 703 Airport Rd., Winnsboro, TX 75494

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Denial of Due Process, conspiracy to coverup cruel and unusual punishment

Defendant #5: Unknown Officer Stone, Correctional Officer, Johnston Unit, 703 Airport Rd., Winnsboro, TX 75494

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Conspiract to coverup cruel and unusual punishment/Deliberate indifference to serious medical needs

Rev. 05/15

3

6) Parole Counselor McFarland, Counselor, Jonhston Unit, 703 Airport Rd., Winnsboro, TX 75494

   Denial of Due Process, Conspiracy to coverup cruel and unusual punishment, violation of Free Exercise of Religion

7) One Unknown Female Nurse, Johnston Unit, 703 Airport Rd, Winnsboro, TX, 75494

   Deliberate Indifference to Serious Medical Needs

8) One Unknown Officer, Correctional Officer, Johston Unit, 703 Airport Rd., Winnsboro, TX  75494

   Cruel Unusual Punishment, Excessive Use of Force

9) Property Officer Wilkins, Property Officer, Johnston Unit, 703 Airport Rd., Winnsboro, TX 75494

   Cruel and Unusual Punishment, Denial of Due Process, Conspiracy

~~10 One Unknown Food Serviiiiiiiiiiiiiiiiiiii~~

10 One Unknown Food Service Officer, Food Service, Johnston Unit  703 Airport Rd., Winnsboro, TX  75494.

3(a)

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Defendant I. Benton lifted my body into the air and slammed me face first into a concrete floor. Benton wrapped his arm around my neck and choked me until I was semi-unconscious. The One Unknown Officer Assisted Benton in placing cuffs on my wrist and squeezed the cuffs so tightly that my blood circulation was impeded to a degree where my hand swelled and I sustained permanent nerve damage in my right hand. I also sustained a dislocated shoulder injury that is permanent. I also sustained serious facial injuries. The Unknown Female Captain refused my pleas to loosen the cuffs

(Continued, Next page)

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensatory damages of 1,000,000 dollars against each defendant jointly and severally. Punitive damages of $500,000

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Marion Leroy Jones, Marion Leroy Jones (Butterball)

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

1835071

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ___YES  X NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date sanctions were imposed: _____
4. Have the sanctions been lifted or otherwise satisfied?  ___YES ___NO

Rev. 05/15

4

and for medical attention. She ordered Unknown Officer Stone to cease recording the incident on video camera in order to conceal her denial of my pleas for the cuffs to be loosened and for medical help. The Unkown Officer Stone stopped recording the event in order to assist in concealing the Unknown Female Captain's abusive and cruel treatment. The Unknown Female Captain ordered me locked up in a bathroom.

One Unknown Female Nurse denied me medical treatment and ordered that I be removed from medical.

Parole Counselor McFarland conspired to coverup the actions of I. Benton. McFarland falsified documents in order to cause my approved release on parole to be revoked by falsely claiming I had not completed the requirements for release on parole when in fact she knew I had done so.

Property Officer Wilkins conspired to subject me to cruel and unusual punishment by refusing to bring my personal property to the lock up cell in which I was kept causing me to spend days without my hygiene items, including toothbrush, toilet paper, or soap.

The Unknown Food Service Officer conspired to subject me to cruel and unusual punishment and the denial of my Free Exercise of my Islamic Religion by bringing me pork trays causing me to go days without adequate meals. This was despite my repeated request for a pork free diet.

4(a)

C. Has any court ever warned or notified you that sanctions could be imposed?   ____YES  _X_NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date warning was issued: _____

Executed on: **11-27-23**
DATE

*Marion B Jones*
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this **27th** day of **Nov**, 20 **23**.
(Day)              (month)              (year)

*Marion B Jones*
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15