IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| MARION LEROY JONES,<br><br>    Plaintiff,<br><br>v.<br><br>I. BENTON, et al.,<br><br>    Defendants. | § § § § § § § § § § § § § Case No. 6:24-cv-10-JDK-JDL |

**ORDER OF DISMISSAL**

Before the Court is Plaintiff's motion for voluntary dismissal without prejudice. Docket No. 5. Plaintiff states that he is "requesting that the Court enter a voluntary dismissal of this cause without prejudice." *Id.*

Rule 41(a)(1)(A)(i) provides that a plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Here, no defendant has answered or moved for summary judgment. Accordingly, the Court considers Plaintiff's motion (Docket No. 5) as a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i). Plaintiff's motion (Docket No. 5) is therefore **GRANTED** and this action is **DISMISSED** without prejudice.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **20th** day of **February, 2024.**

                                                              JEREMY D. KERNODLE
                                                              UNITED STATES DISTRICT JUDGE